No. 964. IN THE MATTER OF ROBERT D. MICHAEL. April 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs.*

*Robert T. McCracken* and *Stanley F. Coar* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl, William Strong* and *Miss Beatrice Rosenberg* for the United States.